Kenneth **TOMPKINS**, Petitioner,

v.

**UNITED STATES POSTAL SERVICE,**
Respondent.

No. 2009–3219.

United States Court of Appeals,
Federal Circuit.

Aug. 27, 2010.

Kenneth Tompkins, Lawrenceville, GA, pro se.

### ORDER

The petitioner having filed the required appendix, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.